**SITEMAN ORGANIZATION, INC., Plaintiff-Respondent,**

v.

**SCHOTT AND COMPANY, INC., Defendant-Appellant.**

**No. 50083.**

Missouri Court of Appeals, Eastern District, Division Two.

May 6, 1986.

Scott O. Marshall, Clayton, for defendant-appellant.

Michael B. Stern, Clayton, for plaintiff-respondent.

### ORDER

PER CURIAM.

Plaintiff brought this action to recover damages under a lease executed between plaintiff and defendant for office space. Defendant appeals jury verdict in favor of plaintiff, the jury assessed the damages at $272 for attorney's fees involved in collec-

tion of rents for June and July of 1982, and $22,141.10 for damages due for leasing period of August 1982 through January 1983. An extended opinion would be of no precedential value, the judgment is affirmed pursuant to Rule 84.16(b).